# **<u>Sealed Exhibit</u>**

Plaintiff seeks leave to file Exhibit 2 under seal.