

请输入关键词



适用铃木 DL 1000 DL6...

价格： ~~9.50~~ ¥9.5

库存量： 4751　　　邮费： 包邮

累计评价： 8　　　卖家： armotor

成交量： 1　　　发货地： 广东 广州

# 1688 相似热销货源





适用于摩托车男装车…

零售价 ￥1.48

成交 0 笔

# Please enter keywords



**Taobao**

## Suzuki DL1000 DL65…

price： ~~9.50~~ ¥

Stock: 4751

Cumulative evaluation: 8

Postage: Baoyou

Seller: armotor

Deal: 1

6/27/24, 9:11 AM Suzuki DL-1000 DL650 DL250 modified gear lever gear to protect the gear shield shoe _ Alibaba looking for the cargo artifact

Case: 1:24-cv-05561 Document #: 1-3 Filed: 07/02/24 Page 4 of 11 PageID #:22

Guangzhou

??

**1688** Similar heat sales



Applicable to the mot…

 

Retail price ￥ **1.48**

0 tr

6/27/24, 9:11 AM  Suzuki DL-1000 0.65 DL250 modified gear lever gear to protect the gear shift _Alibaba looking for the cargo artifact

Case: 1:24-cv-05561 Document #: 1-3 Filed: 07/02/24 Page 5 of 11 PageID #:23

Cross a…   Pianga…

Roll kite

6/27/24, 9:11 AM Suzuki DL-1000 DL650 DL250 modifier gear lever gear to protect the gear shift shoe _ Alibaba looking for the cargo artifact

Case: 1:24-cv-05561 Document #: 1-3 Filed: 07/02/24 Page 6 of 11 PageID #:24





请输入关键词



天猫

摩托车改装挂挡套 适…

价格： ~~19.98~~ ¥9

优惠类型： 热卖促销

库存量： 218388

邮费： 包邮

累计评价： 75

卖家： shipao摩托旗舰店

| 成交量： | 0 | 发货地： | 广东 潮州 |

店铺： shipao摩托旗舰店



## 1688 相似热销货源



摩托车越野车街跑机...

零售价 ￥0.85

成交 517 笔





6/27/24, 9:15 AM    Motorcycle modified gear cover suitable for Suzuki GSX250R/GW250/BL250 gear shoe cover_gear cover_Alibaba search tool

Case: 1:24-cv-05561 Document #: 1-3 Filed: 07/02/24 Page 10 of 11 PageID #:28






6/27/24, 9:15 AM Motorcycle modified gear cover suitable for Suzuki GSX250R GW250 BL250 gear shoe cover gear shoe cover_Alibaba search tool

Case: 1:24-cv-05561 Document #: 1-3 Filed: 07/02/24 Page 11 of 11 PageID #:29

