IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ryder Clips Unlimited, Inc., | ) ) | Case No.: 24-cv-5561 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Judge: Honorable Sara L. Ellis |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) ) | Magistrate: Hon. Keri L. Holleb Hotaling |
| Defendants. | ) ) ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff files this Motion requesting leave to file the following documents under seal: (1) Plaintiff's Complaint Exhibit 2 (Schedule A Defendant list); (2) Plaintiff's Memorandum in Support of its Motion for Entry of an *Ex Parte* Temporary Restraining Order (including all of its exhibits); and, finally, (3) should the Court grant Plaintiff's Motion for Entry of an *Ex Parte* Temporary Restraining Order, that Order should be sealed as well.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for trademark infringement and counterfeiting, false designation of origin, and violation of the Illinois Uniform Deceptive Trade Practices Act.

Due to the nature of the infringing activities, sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying

law and would interfere with this Court's power to grant relief. We have actually seen this kind of activity before and this forms the basis for our request to seal for a limited period.

Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will file an unredacted public list of all defendants, alongside a request for a preliminary injunction, and add the enjoined defendants to the public docket once the preliminary injunction is in place.

Dated:  July 9, 2024

Respectfully submitted,

By:_____/s/ Rishi Nair_____
Rishi Nair
ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com