# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Ryder Clips Unlimited, Inc., | ) | Case No.: 24-cv-5561 |
| Plaintiff, | ) | |
| v. | ) | Judge: Honorable Sara L. Ellis |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) | Magistrate: Hon. Keri L. Holleb Hotaling |
| Defendants. | ) | |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED DISCOVERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL**

Plaintiff seeks entry of an *ex parte* (1) Temporary Restraining Order; (2) Asset Restraining Order; (3) Expedited Discovery Order; and (4) Service of Process by Email and Electronic Publication Order on an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510.

A Memorandum of Law in Support will be filed concurrently with this Motion.

Dated this July 9, 2024

Respectfully Submitted,

By:     /s/ Rishi Nair
Rishi Nair
ARDC # 6305871
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com