IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ryder Clips Unlimited, Inc., | Case No.: 24-cv-5561 |
| Plaintiff, | |
| v. | Judge: Honorable Sara L. Ellis |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Magistrate: Hon. Keri L. Holleb Hotaling |
| Defendants. | |

## DECLARATION OF RISHI NAIR

I, Rishi Nair, of Chicago, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order (the "*Ex Parte* Motion for TRO") and, if called as a witness, I could and would competently testify as follows:

2. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois.

3. Plaintiff is seeking *ex parte* relief and is requesting service by email to Defendants Identified in Exhibit 2 to Plaintiff's Complaint (*filed under seal* Dkt. #2)(collectively "Defendants"). Defendants operate webstores on online merchant platforms to sell counterfeit products in violation of Plaintiff's trademark rights ("Counterfeit Products").

In my experience, gained through working with brand owners who identified websites and webstore listings selling counterfeit products, if Plaintiff proceeds to work with the

webstores through the normal means of challenging listings, the Defendants easily and quickly transfer data and content to other merchant platforms, thereby thwarting those third-party mechanisms and furthering their illicit conduct. Defendants will also transfer assets from U.S.-based financial institutions to offshore accounts outside the jurisdiction of this Court and use those assets to further their criminal enterprises. Such actions by Defendants will negate Plaintiff's ability to obtain meaningful relief and will continue to irreparably harm Plaintiff through Defendants' sale of Counterfeit Products.

4. Upon entry of a Temporary Restraining Order in this matter, I will notify the Defendants by sending copies of Plaintiff's *Ex Parte* Motion for TRO and supporting papers via e-mail to the e-mail addresses provided by the Defendants to the Websites responsible for hosting their respective Webstores.

5. Plaintiffs and their employees or contractors under their direction and supervision, compiled a list of screenshots, attached as Exhibit 2 to the Ryder Declaration, and they have authenticated the listings contained therein. In that exhibit, selected screenshots of the listings from Defendants' Infringing Webstores appear with SHIFT SOCK ("Asserted Mark"), or confusingly similar variants as defined in Plaintiff's Complaint, in the listing title. the description associated with the listings and/or the images of the product in the listing itself where authentic brands or Marks often are blurred or pixelated to obscure them from buyers.

The Defendants' use the Plaintiff's registered Asserted Mark to sell counterfeit goods to unsuspecting consumers who believe they are actually buying authentic SHIFT SOCK marked goods.

They also all show common features including the same shape, design, colors, use of the SHIFT SOCK Mark, materials, and function.

6. Genuine and authentic copies of the unpublished decisions cited in Plaintiff's Memorandum of Law in Support of *Ex Parte* Motion for TRO are attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 5th of July, 2024

                                                                /s/ Rishi Nair
                                                                Rishi Nair