IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ryder Clips Unlimited, Inc., | ) | Case No.: 24-cv-5561 |
| Plaintiff, | ) | |
| v. | ) | Judge: Honorable Sara L. Ellis |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) | Magistrate: Hon. Keri L. Holleb Hotaling |
| Defendants. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on <u>July 17, 2024 at 9:45A.M.</u>, or as soon thereafter as they may be heard, Plaintiff Ryder Clips Unlimited, Inc. shall appear before the Honorable Sara L. Ellis, or any judge sitting in her stead in Courtroom 1403 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the <u>Plaintiff's *Ex Parte* Motion For Entry of A (1) Temporary Restraining Order; (2) Asset Restraining Order; (3) Expedited Discovery Order; (4) Service of Process Pursuant to 4(f)(3) Email and Publication; and (5) Motion to Exceed Page Limitation.</u>

Dated this 9th of July, 2024

Respectfully submitted,

By: /s/ Rishi Nair
Rishi Nair
ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com