# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Ryder Clips Unlimited, Inc., | ) | Case No.: 24-cv-5561 |
| Plaintiff, | ) | |
| v. | ) | Judge: Honorable Sara L. Ellis |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) | Magistrate: Hon. Keri L. Holleb Hotaling |
| Defendants. | ) | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, Ryder Clips Unlimited, Inc., hereby notifies this Court that the Plaintiff voluntarily dismisses <u>with prejudice</u> any and all claims against the following defendants:

| # | Seller Name | Seller ID | Seller Email |
|---|---|---|---|
| 37 | Bikes Trikes and Quads LLC/bikes_trikes_and_quads | bikestrikesandquadsllc | bikestrikesandquads@yahoo.com |

Dated: August 16, 2024

Respectfully submitted,

By: /s/ Rishi Nair
Rishi Nair
ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com