**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Ryder Clips Unlimited, Inc., ) | Case No.: 24-cv-5561 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: Honorable Sara L. Ellis |
| ) | |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A, ) | Magistrate: Hon. Keri L. Holleb Hotaling |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned counsel

for Plaintiff, Ryder Clips Unlimited, Inc., hereby notifies this Court that the Plaintiff voluntarily

dismisses with prejudice any and all claims against the following defendants:

| # | Seller Name | Seller ID | Seller Email |
|---|---|---|---|
| 25 | ST YANL STORE | A11HUTFZPKCJ5K | 18653451134@163.com |
| 27 | wangshufang | A8GEBP5MCGTKT | sfmeiguo1229@163.com |
| 36 | BikeNow Motorsports | bikenowmotorsports | bikenowmotorsports@gmail.com |
| 49 | MOTO4U-USA/moto4u-usa_0 | moto4uusa | moto4u-usa@hotmail.com |

Dated: August 20, 2024                                          Respectfully submitted,

By:      /s/ Rishi Nair
Rishi Nair
ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com